

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2017

No. 04-16-00800-CV

James F. **MCKINNON**,
Appellant

v.

Robert **WALLIN** and Brandon Wallin,
Appellees

From the County Court, Gillespie County, Texas
Trial Court No. 10093
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The court reporter has filed a notification of late reporter's record, requesting additional time in which to file the reporter's record. We grant the extension and ORDER the court reporter to file the reporter's record on or before February 10, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court